UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO: 06-CA-11656

YVETTE DOWNEY, Individually
and as Mother and Next of Kin to
ASHLEY CELESTER, a Minor, and
ANTHONY DOWNEY,
     Plaintiffs

v.

BDF HOLDINGS, INC.,
     Defendant

========================================

## WITNESS LIST OF THE DEFENDANT BDF HOLDINGS, INC.

1. Bob Kaufman, President, Bob's Discount Furniture, 428 Tolland Turnpike, Manchester, CT 860-645-3208

2. Mike Sundquist, Director of Operations, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT 860-859-3400

3. John Feichera, Senior Manager of Distribution Center Operations, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT 860-859-3400

4. Dave Macri, Manager of Quality Control, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT 860-859-3400

5. Judy Johnson, Customer Care Liaison, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT  860-474-1078

6. Laura Richardson, Director of Customer Care, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT. 860-474-2235

7. Steve Caprario, Vice President of Operations, Bob's Discount Furniture, 70 Jewett City Road, Taftsville, CT  860-319-2223

8. William Ballou, Chief Financial Officer, Bob's Discount Furniture, 428 Tolland Turnpike,  Manchester, CT 06042, Tel: (860) 474-1426

9. George Rambo, III, 215 S Fairplay Street, Seneca, SC 864-888-0875

10. Paula Andrews, 58 Reed Street, Randolph, MA, 781-963-0609

11. Nicole Theriault, 47 Porter Brook Ave., East Hartford, CT 860-568-1080

12. Roy Santos, 204 Pondview Village, Tyngsborough, MA 978-649-0011.

13. Nicole Huertas, 238 Burnside Ave., Apt 1-E, East Hartford, CT, 860-206-8396

14. Tiffany Long, 187 C Tudor Lane, Manchester, CT 860-796-5938

15. Valerie Ward, 285 Westland Street, Hartford, MA 860-216-5952

16. Libbeyan Henderson, 75 Lincoln Street, Hartford, CT 860-953-1381

17. Nikia Boyd, 53 Warrenton Ave., Hartford, CT 860-548-1274

18. Brian MacEachern, Waltham Services, Inc., Weymouth, MA 800-542-2079

19. Edmond English, CEO, Bob's Discount Furniture, 428 Tolland Turnpike, Manchester, CT 860-645-3208

20. Billy Moran, Waltham Services, Inc., Waltham Services, 368 Broad Street, New London, CT 06320  860-442-8833

21. Robert Lenkiewicz Waltham Services,  368 Broad Street, New London, CT 06320  860-442-8833

22. Paul Melilli, Waltham Services, 158A Research Drive, Milford, CT  06460  203-876-7692

23. Randy Hall Waltham Services, 368 Broad Street, New London, CT  06320  860-442-8833

24. Ali Salameh, 325 Union Street, Norwood, MA

> BDF HOLDINGS, INC.,
> By its attorney,
> /s/ D. MICHAEL ARTER
>
> _____
> D. Michael Arter (BBO#022410)
> Law Offices of Thomas M. Niarchos
> 100 Summer Street, Suite 201
> Boston, MA 02110
> (617) 772-2800

DATED:  July 15, 2009

## CERTIFICATE OF SERVICE

> By, /s/ D. Michael Arter
>
> _____
> D. Michael Arter