# United States Court of Appeals
## For the First Circuit

---

No. 09-2137

YVETTE DOWNEY ET AL.,

Plaintiffs, Appellants,

v.

BOB'S DISCOUNT FURNITURE HOLDINGS, INC.,

Defendant, Appellee.

---

**JUDGMENT**

Entered:  January 14, 2011

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded for a new trial.  Costs are taxed in favor of the plaintiffs.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Judith G. Dein, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Newman, Mr. La Hait, Ms. Bailey, Mr. Bryan and Mr. Arter.