UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO: 06-CA-11656

YVETTE DOWNEY, Individually
and as Mother and Next of Kin to
ASHLEY CELESTER, a Minor,
    Plaintiffs

v.

BDF HOLDINGS, INC.,
    Defendant

===========================================

## THE DEFENDANT BDF HOLDINGS, INC. PROPOSED SPECIAL VERDICT QUESTIONS

We, the jury in the above-captioned action, find the following on the questions submitted to us:

### Question No. 1

Was the bedroom furniture sold by the defendant in a defective condition because of bedbugs at the time of its delivery to the plaintiffs' residence?

Yes _____    No _____

*(If your answer to Question No. 1 is "No" go no further and return your verdict. If your answer to Question No. 1 is "Yes", please answer Question No. 2)*

### Question No. 2

What sum of money do you find will fairly, reasonably, and adequately compensate the plaintiff, Yvette Downey, for the injuries and damage suffered by her?

$ _____
    (amount in figures)

_____ Dollars
    (amount in words)

<u>**Question No. 3**</u>

What sum of money do you find will fairly, reasonably, and adequately compensate the plaintiff, Ashley Celester, for the injuries and damage suffered by her?

$ _____
   (amount in figures)

_____ Dollars
         (amount in words)

I certify that the foregoing answers are the answers of _____ of _____ members of the deliberating jury.

_____
                        Foreperson